United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA GALIL USA, INC., et al.,<br><br>Defendants. | Case No. 25-cv-09104-NW<br><br>**CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |

The court reviewed the joint case-management conference statement and issues this case-management and pretrial order. The May 26, 2026 Case Management Conference is VACATED.

The parties have not yet reached an agreement regarding ADR process.  The parties are ordered to meet and confer within 10 days of this Order to elect either private mediation or court-sponsored mediation, either of which must be completed by no later than March 31, 2027.  If the parties cannot reach an agreement, the parties will be referred to court-sponsored mediation.  The parties shall file a stipulation and proposed order selecting an ADR process by Friday, May 29, 2026.

United States District Court
Northern District of California

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>　[x]  Court-sponsored mediation<br>　[ ]  Court-sponsored ENE<br>　[ ]  Mag. Judge Settlement Conf.<br>　[x]  Private mediation<br>　[ ]  Private arbitration<br>　[  ]  Other: | March 31, 2027 |
| Close of Fact Discovery | December 18, 2026 |
| Opening Expert Reports | January 29, 2027 |
| Rebuttal Expert Reports | February 19, 2027 |
| Close of Expert Discovery | March 12, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: April 02, 2027<br>**Responses**: April 16, 2027<br>**Replies**: April 23, 2027 |
| Hearing on Dispositive and *Daubert* Motions | May 26, 2027 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | July 07, 2027 |
| Final Pretrial Conference | July 21, 2027 at 2:00 p.m. |
| Trial | August 09, 2027 at 9:00 a.m. |
| Length of trial | 5 days |

**IT IS SO ORDERED.**

Dated: May 15, 2026

_____

Noël Wise
United States District Judge